UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REBECCA GALLARDO<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | C.A. NO. C-05-069 |
| CHRISTUS SPOHN HEALTH SYSTEM<br>CORP., ET AL.<br>    Defendants. | §<br>§<br>§ | |

## Amended FINAL JUDGMENT

Final Judgment is entered dismissing plaintiff's claims without prejudice.

ORDERED this ____ day of _____, 2005.

_____
H.W. HEAD, JR.
CHIEF JUDGE